Cite as 2019 Ark. 277
# SUPREME COURT OF ARKANSAS

**Opinion Delivered** October 10, 2019

IN RE ARKANSAS ACCESS TO
JUSTICE COMMISSION

**PER CURIAM**

Honorable Carlton D. Jones, Circuit Judge, of Texarkana is appointed to the Arkansas Access to Justice Commission for a term expiring on October 15, 2022. We thank Judge Jones for accepting appointment to this important commission.

We express our gratitude to Judge Teresa French–Coleman, whose term has expired, for her service to the Arkansas Access to Justice Commission.